# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**CYNTHIA V. ARANCA,**

    Plaintiff,

v.                                Case No: 5:17-cv-340-Oc-PGBPRL

**BANK OF AMERICA, N.A.**

    Defendant.

## ORDER

In this action under the Real Estate Settlement Procedure Act ("RESPA"), the parties have jointly moved for the Court to either extend all the case management deadlines indefinitely, or to stay the case for 30 days. (Doc. 33). The parties recite that they have engaged in both formal and informal discovery, and counsel are confident that this case can be resolved without further litigation. The parties recite that scheduling concerns have made it difficult to pursue settlement and also simultaneously comply with the litigation deadlines. The parties request that the case be stayed for 30 days, and that they be permitted to submit a revised joint scheduling report at the end of that time if the case has not been resolved.

Accordingly, upon due consideration, the parties' motion (Doc. 33) is **GRANTED** in part. The case management deadlines are hereby stayed until April 9, 2018. On or before April 9, 2018, in the event that this case has not been fully resolved by that date, the parties shall file a written notice regarding the status of the case and, if necessary, a renewed motion to stay or extend the case management deadlines.

**DONE** and **ORDERED** in Ocala, Florida on March 6, 2018.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties